NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLIFFORD S. TUROCY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7008

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3078, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Clifford S. Turocy moves without opposition to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

OCT 3 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
James R. Sweet, Esq.

s21

Issued As A Mandate: OCT 3 1 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 1 2012

JAN HORBALY
CLERK